# Court of Appeals
# of the State of Georgia

ATLANTA,  November 15, 2018

*The Court of Appeals hereby passes the following order:*

## A19D0154. DAVID AARON ROMINE v. THE UNIFIED GOVERNMENT OF ATHENS-CLARKE COUNTY et al.

David Aaron Romine, proceeding pro se, sought to file this civil action in forma pauperis, but the trial court denied the filing under OCGA § 9-15-2 (d). Romine then filed in this Court a document styled "Notice of Appeal," which we construed as an application for discretionary appeal and docketed accordingly.[1]

Under OCGA § 9-15-2 (d), when a party who is not represented by an attorney presents a civil action for filing in forma pauperis, a judge of the trial court is required to review the pleading. Where a "pleading shows on its face such a complete absence of any justiciable issue of law or fact that it cannot be reasonably believed that the court could grant any relief against any party named in the pleading, then the judge shall enter an order denying filing of the pleading." OCGA § 9-15-2 (d); see also *Ali v. Ross*, 292 Ga. 86 (734 SE2d 882) (2012). An order denying filing of a pleading under this Code provision may be appealed directly. OCGA § 9-15-2 (d).

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Romine shall have ten days from the date of this order to file a notice of appeal in the trial court. See OCGA § 5-6-35 (g). The clerk of the trial court is DIRECTED to include a copy of this order in the record

---

[1] A notice of appeal must be filed in the trial court, not in this Court. See OCGA § 5-6-37 ("[A]n appeal may be taken to the Supreme Court or the Court of Appeals by filing with the clerk of the court wherein the case was determined a notice of appeal.").

transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,___11/15/2018___

I certify that the above is a true extract from

the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court

hereto affixed the day and year last above written.

_____, Clerk.